CTJb

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED
2022 JUL 22  PM 3: 41

DEPUTY CLERK ___JA___

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. |
| OMAR KHAN (01) | 4-22CR-210-O |

## INFORMATION

The United States Attorney Charges:

### Count One
Theft of Government Funds
(Violation of 18 U.S.C. § 641)

On or about October 30, 2020, in the Fort Worth Division of the Northern District of Texas and elsewhere, the defendant, **Omar Khan**, willfully and knowingly did receive, conceal and retain stolen property of the United States, that is, unemployment insurance benefits, of a value less than $1,000.00, with intent to convert said property to his own use, then knowing said property to have been stolen.

*[Continued on next page]*

In violation of 18 U.S.C. § 641.

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____

P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: philip.meitl@usdoj.gov